AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

MAR 2 5 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Henry Lee London, Jr.<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. H-14-305 M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____March 21, 2014_____ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, Section 751(a) | Escape from the custody of the Attorney General or his authorized representative, or from any institution, or facility in which he is confined by direction of the Attorney General. |

This criminal complaint is based on these facts:

See attached affidavit of Deputy U.S. Marshal Jason Gullingsrud

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Gullingsrud Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 25, 2014

_____
*Judge's signature*

City and state:  Houston, Texas

Frances H. Stacy
*Printed name and title*

# AFFIDAVIT

   This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Henry Lee LONDON, Jr., who escaped from the Leidel Sanction Center, located at 1819 Commerce Street, Houston, Texas 77002, on March 21, 2014 at approximately 3:45 am.

   I, Jason Gullingsrud, having been duly sworn, declare under the penalty of perjury, and states:

1. That I am a Deputy United States Marshal with the United States Marshals Service (DUSM) in Houston, Texas and have been employed in this capacity since June 2003.

2. During my employment with the United States Marshals Service, I have conducted investigations related to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. On December 9, 2004, Henry Lee LONDON, Jr. was sentence to 57 months imprisonment and 3 years supervised release for bank robbery by U.S. District Judge Sim Lake. On April 12, 2013, Henry Lee LONDON, Jr. was sentenced by Judge Lake to 15 months imprisonment and committed to United States Bureau of Prisons after pleading guilty to a violation of Supervised Release.

4. On or about January 14, 2014 Henry Lee LONDON, Jr. was ordered by the United States Bureau of Prisons to report to the Leidel Sanction Center in Houston, TX to serve the remainder of his federal sentence, with a projected release date of April 14, 2014.The Leidel Sanction Center is a privately operated halfway house contracted by the United States Bureau of Prisons to house federal prisoners. On or about March 20, 2014 at approximately 5:17a.m., Henry Lee London, Jr. signed out for work and stated he would return to the Center by 5:30 pm. Henry Lee LONDON, Jr. never returned to the Leidel Sanction Center, Houston TX.

5. On March 21, 2014 at approximately 3:45 a.m. Henry Lee LONDON, Jr. was declared an escaped federal prisoner by La Tanya Robinson, Chief Executive Officer with the United States Bureau of Prisons. The whereabouts of inmate Henry Lee LONDON, Jr. are unknown.

6. Based on the ongoing investigation, I believe that Henry Lee London, Jr. has escaped from the Leidel Sanction Center, Houston TX in violation of Title 18, United States Code, Section 751(a).

'I, Jason Gullingsrud, Deputy United States Marshal, United States Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Jason Gullingsrud
Deputy United States Marshal


Sworn to before me and subscribed in my presence this ___25___ day of March, 2014, and I find probable cause.

Frances H. Stacy
United States Magistrate Judge